IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME TALLEY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SIDNEY R. THOMAS,<br><br>　　　　　Defendant. | Case No.  15-cv-05832-MMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING COMPLAINT WITHOUT LEAVE TO AMEND; DIRECTIONS TO CLERK**<br><br>Re: Dkt. No. 9 |

　　　　Before the Court is Magistrate Judge Kandis A. Westmore's Report and Recommendation, filed April 1, 2016, by which Magistrate Judge Westmore recommends the Court dismiss plaintiff's complaint without leave to amend.  No objection to the Report and Recommendation has been filed.

　　　　Having reviewed the matter de novo, the Court hereby ADOPTS the Report and Recommendation in its entirety.

　　　　Accordingly, the complaint is hereby DISMISSED without leave to amend.

　　　　The Clerk is DIRECTED to close the file.

　　　　**IT IS SO ORDERED.**

Dated:  April 25, 2016

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge