IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEROME TALLEY,

          Plaintiff,

  v.

SIDNEY R. THOMAS,

          Defendant.

_____/

No. CV-15-5832 MMC

**JUDGMENT IN A CIVIL CASE**

    **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    The Court hereby ADOPTS the Report and Recommendation in its entirety.

    Accordingly, the complaint is hereby DISMISSED without leave to amend.

Dated: April 25, 2016

Susan Y. Soong, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk